Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 18–35417–VFP
                    Chapter:  13
                    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dyshoun Chester
   17 McAllister Place
   Irvington, NJ 07111

Social Security No.:
   xxx–xx–8316

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on March 11, 2019.

    On 05/14/2019 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                June 20, 2019
Time:               08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 15, 2019
JAN: dlr

                                                                                               Jeanne Naughton
                                                                                               Clerk