Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−35417−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dyshoun Chester
   17 McAllister Place
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8316

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 11, 2019.

On 05/14/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                June 20, 2019
Time:                08:30 AM
Location:            Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 15, 2019
JAN: dlr

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-35417-VFP
Dyshoun Chester                                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 15, 2019
                              Form ID: 185             Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
```
db             +Dyshoun Chester,    17 McAllister Place,    Irvington, NJ 07111-3938
517947745      +Aes/pheaa Rehabs,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
517947746       Aldous & Associates,    PO Box 171374,    Salt Lake City, UT 84117-1374
517947747      +Alliance One,    6565 Kimball Drive,    Suite 200,    Gig Harbor, WA 98335-1206
517947748       Alltran Financial, LP,    PO Box 4043,    Concord, CA 94524-4043
518006332      +American Education Services,    PO BOX 8183,    HARRISBURG, PA 17105-8183
517947749       B&B Collections,    PO Box 2137,    Toms River, NJ 08754-2137
517947750       Blink Fitness,    1006 US-46,    Clifton, NJ 07013
517947752      +Cash Advance NOW,    PO Box 569,    Hays, MT 59527-0569
517947753      +Chase,    Attn: Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517947756      +Diversified Consultants, Inc.,    Dept 603,    PO Box 4115,    Concord, CA 94524-4115
517947757      +Global Client Services, LLC,    4343 S 118th East Ave,    Suite 220,    Tulsa, OK 74146-4402
517947758      +IC System,    PO BOX 64437,    Saint Paul, MN 55164-0437
517947759      +Law Offices of Robert S. Gitmeid & Assoc,    11 Broadway #1677,    New York, NY 10004-1303
517947761      +Linebarger Goggan Blair & Sampson,    61 Broadway, Suite 2600,    New York, NY 10006-2840
517947762      +Loan Star Cash,    PO Box 6562,    Santa Rosa, CA 95406-0562
517947763       MTA Bridges & Tunnels,    Randall's Island,    New York, NY 10035-0035
517947764      +NBI Emergency Medical Associates,    PO Box 5473,    Parsippany, NJ 07054-6473
517947767      +NJ E-Z Pass,    375 McCarter Highway (Route 21),    Newark, NJ 07114-2563
517947768       NY State Thruway Auth,    Administrative HQ,    200 Southern Blvd,    PO Box 189,
                 Albany, NY 12201-0189
517947769      +NYC Department of Finance,    Correspondence Unit,    One Centre Street, 22nd Floor,
                 New York, NY 10007-1632
517947770       NYC Dept of Finance,    Parking Violations,    Church Street Station,    PO Box 3600,
                 New York, NY 10008-3600
517947765       New Jersey American Water,    Box 371331,    Pittsburgh, PA 15250-7331
517947771      +OSLA/Dept of Ed,    Attn: Bankruptcy,    Po Box 18475,    Oklahoma City, OK 73154-0475
517947774      +PSE&G,    80 Park Plaza,    PO Box 570,    Newark, NJ 07101-0570
517947772       Port Authority of NY and NJ,    PO Box 15186,    Albany, NY 12212-5186
517947773       Professional Account Management LLC,    PO Box 1520,    Milwaukee, WI 53201-1520
517947775      +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
517947777       RTR Financial Services, Inc.,    PO Box 60640,    Staten Island, NY 10306-0640
517947778       State of NJ,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
517947779      +Township of Irvington,    Office of the Tax Collector,    1 Civic Square,    Room 101,
                 Irvington, NJ 07111-2412
517947780      +Township of Irvington - Municipal Court,    1 Civic Suare,    Irvington, NJ 07111-2412
517947784      +Zwicker & Associates,    1105 Laurel Oak Road,    Suite 136,    Voorhees, NJ 08043-4312
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 15 2019 23:53:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2019 23:53:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517947751      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2019 23:56:56      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517947754      +E-mail/Text: bk.notifications@jpmchase.com May 15 2019 23:53:19      Chase Auto Finance,
                 Attn: Bankruptcy,    Po Box 901076,    Fort Worth, TX 76101-2076
517957570       E-mail/Text: mrdiscen@discover.com May 15 2019 23:52:28      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
517947755      +E-mail/Text: mrdiscen@discover.com May 15 2019 23:52:28      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
518040346       E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2019 23:57:06      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517947760      +E-mail/Text: bk@lendingclub.com May 15 2019 23:54:06      LendingClub,    Attn: Bankruptcy,
                 71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
517947766      +E-mail/Text: ebn@rwjbh.org May 15 2019 23:54:01      Newark Beth Israel Medical Center,
                 201 Lyons Ave,    Newark, NJ 07112-2094
518008737      +E-mail/Text: bankruptcy@pseg.com May 15 2019 23:51:22      PSE&G,    Attn: Bankruptcy Dept.,
                 PO Box 490,    Cranford NJ 07016-0490
517994028      +E-mail/Text: bankruptcyteam@quickenloans.com May 15 2019 23:53:58      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
517947776      +E-mail/Text: bkrpt@retrievalmasters.com May 15 2019 23:53:30
                 Retrieval Masters Creditors Bureau,    4 Westchester Plaza, Suite 110,
                 Elmsford, NY 10523-1616
517947781      +E-mail/Text: bankruptcydepartment@tsico.com May 15 2019 23:54:20      Transworld Systems,
                 5626 Frantz Road,    Dublin, OH 43017-1559
517947782      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 15 2019 23:51:15
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
518060719      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2019 23:57:42      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518068048      +E-mail/Text: peritus@ebn.phinsolutions.com May 15 2019 23:54:33
                 Westlake - C/O Peritus Portfolio Services,    P.O. Box 141419,    Irving, TX 75014-1419
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: May 15, 2019
                              Form ID: 185             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517947783        +E-mail/Text: bankruptcynotice@westlakefinancial.com May 15 2019 23:53:33
                  Westlake Financial Services,   Customer Care,   Po Box 76809,   Los Angeles, CA 90076-0809
                                                                                              TOTAL: 17
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott J. Goldstein    on behalf of Debtor Dyshoun  Chester sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```